UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

In re:

ANGELA ANN STAPLETON                                    Case No 6:17-bk-02820-KSJ
     Debtor(s).                                             Chapter 7
_____/

ANGELA ANN STAPLETON                                    Adv. Proc. No:
     Plaintiff(s),
vs.

NAVIENT SOLUTIONS, LLC.
     Defendant(s).
_____/

## MOTION FOR STUDENT LOAN RELIEF

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2.19A, the Court will consider this pleading without further notice or hearing UNLESS a party in interest files an objection within 21 days from the service of this pleading.  If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy of on the undersigned at the address set forth below.  If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested herein, will proceed to consider this pleading without further notice of hearing and may grant the relief requested.

---

## BACKGROUND

     **COMES NOW**, the Debtor, ANGELA ANN STAPLETON ("STAPLETON"), by and through the undersigned counsel, and hereby files this Motion for Student Loan Relief, and as grounds in support thereof would state as follows:

1.   STAPLETON filed a Chapter 7 Petition for relief on May 1, 2017.

2.   In January of 1999, STAPLETON sought a loan from Sallie Mae, who since 2014 has been known as Navient Corporation ("NAVIENT"), to cover the tuition costs of attending Florida Metropolitan University, a name the institution held until 2007.

3.   Florida Metropolitan University underwent several name changes and is today known as Everest College.

4.     Today Everest University is accredited by the Accrediting Council for Independent Colleges and Schools (ACICS), which was a formerly recognized accrediting agency by the United States Department of Education.

5.      However, this is no longer the case. Currently, no accredited Colleges or Universities in Florida currently grant transfer credit from schools accredited by the ACICS, only accepting transfer credits from schools with SACS accreditation.

6.     The degree STAPLETON holds today is of no value. She cannot she use the degree to pursue higher levels of education, nor can she transfer her credits to enroll into an accredited undergraduate college or university in the state of Florida.

7.     STAPLETON seeks discharge from the balance of the loan from NAVIENT, which currently has a balance of $18,192.00.

## MEMORANDUM OF LAW

8.     It has been well established in the 11th Circuit that if an individual debtor filing for bankruptcy seeks to have their student loan obligation discharged, the standard that must be met for discharge from some or all of an educational loan is cited under 11 U.S.C. §523(a)(8), which states:

> **(8)** unless excepting such debt from discharge under this paragraph would impose an undue hardship on the debtor and the debtor's dependents, for—
> **(A)**
> **(i)** an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution; or
> **(ii)** an obligation to repay funds received as an educational benefit, scholarship, or stipend; or
> **(B)** any other educational loan that is a qualified education loan, as defined in §221(d)(1) of the Internal Revenue Code of 1986, incurred by a debtor who is an individual;

9.     More specifically the standard that is of most significance to whether a debtor will be granted relief from student loan debt has been established by the "Brunner Test." *Brunner v. New York State Higher Educ. Services Corp.*, 831 F.2d 395 (2d Cir. 1987).

10.    The Brunner test requires the debtor to prove three elements:

> **(1)** the debtor cannot maintain, based on current income and expenses, a minimal standard of living for herself and her dependents if forced to repay the loans;

**(2)** additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans; and

**(3)** the debtor has made good-faith efforts to repay the loans.

11.    In order to demonstrate the first prong, one must look to the debtor's current and future financial situation. When STAPLETON filed for bankruptcy, her petition reflected a monthly disposable income of $60.17, which has since decreased due to ongoing medical expenses, leaving her with a monthly disposable income that barely breaks even. STAPLETON's need for student loan discharge is further evidenced by her paystubs, which show that as of April 24, 2017, she has netted an income of just $8,470.17. That amount of income puts the debtor on pace to net roughly $25,500.00 for the calendar year of 2017.

12.    STAPLETON has two dependents in her household, which includes her 11-year-old autistic son.

13.    In addition to having a very low income for a household of 3 individuals, STAPLETON only breaks even between income and expenses due to receiving government assistance by way of Social Security benefits for her son, which varies in amounts between $129-$200 a month, and Food Stamp benefits in the amount of $125 a month, which is set to expire at the end of September. Additionally, because her dependents are two minors, with one having specials needs, the expenses are likely to increase with time.

14.    The second prong of the Brunner Test, in which the debtor must show that the state of affairs is likely to persist for a significant portion of the repayment period of the student loans, is also satisfied in the case at hand because of the issues regarding the valueless degree she received from Florida Metropolitan University. The degree STAPLETON received is of little to no value because it comes from a school that was accredited by the ACICS, which is no longer recognized by the United States Department of Education as an accrediting agency. That is, the degree does not allow for the transfer of credits to any accredited state school in the state of Florida, which hampers STAPLETON's ability to seek higher education or even transfer to another undergraduate degree program. Furthermore, her constant care for her special needs son does not allow STAPLETON to work more hours or seek additional employment in excess of the 40-hour week she is already employed for. Without the ability to work more than 40 hours a week to tend to her son's needs, or to seek more lucrative employment due to her unaccredited degree, the state of

3

affairs is likely to persist for a significant portion of the repayment period of the student loans, if not the entire repayment period.

15.     As stated in *In re Gesualdi*, 505 B.R. 330, 342 (11th Cir. 2013), "[a]dditional circumstances 'must be beyond the debtor's control, not born of free choice.'" (*citing Jones v. Bank One Texas, et al.,* 376 B.R. 130, 140 (W.D.Tex.2007)). The facts in this case that demonstrate circumstances beyond the debtor's control are:

      1.     STAPLETON's son requires ongoing special services and medical needs;

      2.     STAPLETON's unaccredited degree from Florida Metropolitan University deprives her of upward mobility in employment;

      3.     STAPLETON cannot transfer her credits to obtain another undergraduate degree from an accredited school; and

      4.     STAPLETON cannot pursue higher education with her current degree.

16.     These circumstances are all beyond STAPLETON's control and not born of free choice. As such, her financial hardship will continue to persist for a significant portion of the repayment period of the student loans.

17.     The last prong of the Brunner Test is also satisfied by STAPLETON due to her good-faith efforts to repay the loans. "A debtor's effort to seek out options to make the student loan debt less burdensome is an important component of the good-faith inquiry." *In re Matthews-Hamad*, 377 B.R. 415, 423 (Bankr. M.D. Fla. 2007) (citing *In re Frushour,* 433 F.3d 393, 402 (4th Cir. 2005)) (see also *Alderete v. Educ. Credit Mgmt. Corp.,* 412 F.3d 1200, 1206 (10th Cir.2005)). "Although not dispositive, it shows that the debtor takes her loan obligations seriously and is trying to repay them despite her unfortunate circumstances." *Id.* (citing *Tirch v. Pa. Higher Educ. Assistance Agency (In re Tirch),* 409 F.3d 677, 682–683 (6th Cir.2005)).

18.     Since 2003, when she received her "degree" from Florida Metropolitan University, STAPLETON has made good faith efforts at repaying her student loan. In fact, she has paid a total of $17,182.29, demonstrating her good faith effort in repaying the loan. The amortization schedule is attached hereto as **"Exhibit A."**

19.     STAPLETON has also sought relief by consolidating the loan to lower the monthly rate to something more affordable, but that amount has proven to be too high of a burden. That is, when STAPLETON has made payments, it is only enough to meet the interest rate that currently sits at 4.125%, keeping her in *perpetual debt*. This past calendar year, from June of 2016 through June of 2017, STAPLETON was only able to reduce the principal balance by $31.91.

**WHEREFORE**, the Debtor(s) requests this Honorable Court for an order granting this Motion for Student Loan Relief, to discharge the balance of $18,192.00 due on the loan to NAVIENT, and such other relief that may be deemed just proper in the circumstances.

I have read the foregoing and to the best of my information, knowledge, and belief, it is true and correct.

_____/s/Angela Ann Stapleton_____          _____6/30/17_____
Debtor(s)                                                          Date

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was provided via ECF, U.S. Postal Mail and/or E-Mailed to the following parties on June 30, 2017.

Angela Ann Stapleton
3700 Curry Ford Road
Apt. K-06
Orlando, FL 32806

Navient Solutions, LLC.
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Carla P. Musselman
Chapter 7 Trustee
1619 Druid Road
Maitland, FL 3275

/s/ Desiree Sanchez_____
Desiree Sanchez, Esq.
**Sanchez Law Group, P.A.**
Florida Bar No. 10082
605 E. Robinson St., Suite 650
Orlando, FL 32801
Tel. (407) 236-0502
Fax (407) 236-0444
*Attorney for Debtor(s)*

| Date | LoanName | Description | Principal | Interest | Fees | Total |
|---|---|---|---|---|---|---|
| 4/8/2017 | 1-01 Consolidation | PAYMENT | $0.00 | ($41.53) | $0.00 | ($41.53) |
| 4/8/2017 | 1-02 Consolidation | PAYMENT | $0.00 | ($23.47) | $0.00 | ($23.47) |
| 2/23/2017 | 1-01 Consolidation | PAYMENT | ($2.07) | ($39.09) | ($2.23) | ($43.39) |
| 2/23/2017 | 1-02 Consolidation | PAYMENT | ($1.18) | ($22.08) | ($1.26) | ($24.52) |
| 2/11/2017 | 1-01 Consolidation | PAYMENT | $0.00 | ($84.55) | $0.00 | ($84.55) |
| 2/11/2017 | 1-02 Consolidation | PAYMENT | $0.00 | ($47.78) | $0.00 | ($47.78) |
| 1/30/2017 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $2.47 | $2.47 |
| 1/30/2017 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $1.40 | $1.40 |
| 1/30/2017 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | ($2.47) | ($2.47) |
| 1/30/2017 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | ($1.40) | ($1.40) |
| 1/13/2017 | 1-01 Consolidation | PAYMENT | $0.00 | ($43.39) | $0.00 | ($43.39) |
| 1/13/2017 | 1-02 Consolidation | PAYMENT | $0.00 | ($24.52) | $0.00 | ($24.52) |
| 11/19/2016 | 1-01 Consolidation | PAYMENT | $0.00 | ($40.90) | $0.00 | ($40.90) |
| 11/19/2016 | 1-02 Consolidation | PAYMENT | $0.00 | ($23.10) | $0.00 | ($23.10) |
| 9/17/2016 | 1-01 Consolidation | CAPITALIZED INTEREST | $40.40 | ($40.40) | $0.00 | $0.00 |
| 9/17/2016 | 1-02 Consolidation | CAPITALIZED INTEREST | $22.82 | ($22.82) | $0.00 | $0.00 |
| 8/17/2016 | 1-01 Consolidation | CAPITALIZED INTEREST | $40.26 | ($40.26) | $0.00 | $0.00 |
| 8/17/2016 | 1-02 Consolidation | CAPITALIZED INTEREST | $22.74 | ($22.74) | $0.00 | $0.00 |
| 7/31/2016 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $2.23 | $2.23 |
| 7/31/2016 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $1.26 | $1.26 |
| 7/17/2016 | 1-01 Consolidation | PAYMENT | ($18.30) | ($22.11) | ($2.39) | ($42.80) |
| 7/17/2016 | 1-02 Consolidation | PAYMENT | ($10.36) | ($12.49) | ($1.35) | ($24.20) |
| 7/1/2016 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $2.39 | $2.39 |
| 7/1/2016 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $1.35 | $1.35 |
| 6/30/2016 | 1-01 Consolidation | CAPITALIZED INTEREST | $49.21 | ($49.21) | $0.00 | $0.00 |
| 6/30/2016 | 1-02 Consolidation | CAPITALIZED INTEREST | $27.81 | ($27.81) | $0.00 | $0.00 |
| 5/23/2016 | 1-01 Consolidation | PAYMENT | ($48.40) | ($9.10) | $0.00 | ($57.50) |
| 5/23/2016 | 1-02 Consolidation | PAYMENT | ($27.36) | ($5.14) | $0.00 | ($32.50) |
| 5/16/2016 | 1-01 Consolidation | CAPITALIZED INTEREST | $47.92 | ($47.92) | $0.00 | $0.00 |
| 5/16/2016 | 1-02 Consolidation | CAPITALIZED INTEREST | $27.08 | ($27.08) | $0.00 | $0.00 |
| 4/9/2016 | 1-01 Consolidation | PAYMENT | ($26.89) | ($87.88) | ($3.43) | ($118.20) |
| 4/9/2016 | 1-02 Consolidation | PAYMENT | ($15.21) | ($49.65) | ($1.94) | ($66.80) |
| 3/31/2016 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $3.43 | $3.43 |
| 3/31/2016 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $1.94 | $1.94 |
| 2/15/2016 | 1-01 Consolidation | PAYMENT | $0.00 | ($57.50) | $0.00 | ($57.50) |
| 2/15/2016 | 1-02 Consolidation | PAYMENT | $0.00 | ($32.50) | $0.00 | ($32.50) |
| 12/19/2015 | 1-01 Consolidation | PAYMENT | ($55.64) | ($58.70) | $0.00 | ($114.34) |
| 12/19/2015 | 1-02 Consolidation | PAYMENT | ($31.45) | ($33.17) | $0.00 | ($64.62) |
| 11/4/2015 | 1-01 Consolidation | PAYMENT | ($30.04) | ($27.46) | $0.00 | ($57.50) |
| 11/4/2015 | 1-02 Consolidation | PAYMENT | ($16.98) | ($15.52) | $0.00 | ($32.50) |
| 10/14/2015 | 1-01 Consolidation | PAYMENT | ($16.12) | ($98.22) | ($3.43) | ($117.77) |
| 10/14/2015 | 1-02 Consolidation | PAYMENT | ($9.12) | ($55.50) | ($1.94) | ($66.56) |
| 10/1/2015 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $3.43 | $3.43 |
| 10/1/2015 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $1.94 | $1.94 |
| 7/31/2015 | 1-01 Consolidation | PAYMENT | ($48.59) | ($65.75) | $0.00 | ($114.34) |
| 7/31/2015 | 1-02 Consolidation | PAYMENT | ($27.47) | ($37.15) | $0.00 | ($64.62) |
| 6/11/2015 | 1-01 Consolidation | PAYMENT | ($24.55) | ($32.95) | $0.00 | ($57.50) |
| 6/11/2015 | 1-02 Consolidation | PAYMENT | ($13.88) | ($18.62) | $0.00 | ($32.50) |
| 5/17/2015 | 1-01 Consolidation | CAPITALIZED INTEREST | $7.90 | ($7.90) | $0.00 | $0.00 |
| 5/17/2015 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1-02 Consolidation | CAPITALIZED INTEREST | $4.46 | ($4.46) | $0.00 | $0.00 |
| 5/11/2015 | 1-01 Consolidation | PAYMENT | ($13.73) | ($4.56) | $0.00 | ($18.29) |
| 5/11/2015 | 1-02 Consolidation | PAYMENT | ($7.77) | ($2.57) | $0.00 | ($10.34) |
| 5/11/2015 | 1-01 Consolidation | PAYMENT | $0.00 | ($32.36) | $0.00 | ($32.36) |
| 5/11/2015 | 1-02 Consolidation | PAYMENT | $0.00 | ($18.29) | $0.00 | ($18.29) |
| 4/13/2015 | 1-01 Consolidation | PAYMENT | ($14.15) | ($36.96) | $0.00 | ($51.11) |
| 4/13/2015 | 1-02 Consolidation | PAYMENT | ($8.01) | ($20.88) | $0.00 | ($28.89) |
| 3/16/2015 | 1-01 Consolidation | PAYMENT | ($10.15) | ($40.96) | $0.00 | ($51.11) |
| 3/16/2015 | 1-02 Consolidation | PAYMENT | ($5.74) | ($23.15) | $0.00 | ($28.89) |
| 2/13/2015 | 1-01 Consolidation | PAYMENT | ($12.69) | ($37.50) | $0.00 | ($50.19) |
| 2/13/2015 | 1-02 Consolidation | PAYMENT | ($7.18) | ($21.19) | $0.00 | ($28.37) |
| 1/20/2015 | 1-01 Consolidation | PAYMENT | $0.00 | ($51.11) | $0.00 | ($51.11) |
| 1/20/2015 | 1-02 Consolidation | PAYMENT | $0.00 | ($28.89) | $0.00 | ($28.89) |
| 12/8/2014 | 1-01 Consolidation | PAYMENT | ($13.89) | ($37.08) | ($0.14) | ($51.11) |
| 12/8/2014 | 1-02 Consolidation | PAYMENT | ($7.94) | ($20.95) | $0.00 | ($28.89) |
| 11/10/2014 | 1-01 Consolidation | PAYMENT | ($8.24) | ($42.41) | ($0.26) | ($50.91) |
| 11/10/2014 | 1-02 Consolidation | PAYMENT | ($4.81) | ($23.96) | $0.00 | ($28.77) |
| 10/9/2014 | 1-01 Consolidation | PAYMENT | ($21.44) | ($29.21) | ($4.74) | ($55.39) |
| 10/9/2014 | 1-02 Consolidation | PAYMENT | ($12.53) | ($16.50) | ($2.28) | ($31.31) |
| 9/17/2014 | 1-01 Consolidation | CAPITALIZED INTEREST | $103.95 | ($103.95) | $0.00 | $0.00 |
| 9/17/2014 | 1-02 Consolidation | CAPITALIZED INTEREST | $58.74 | ($58.74) | $0.00 | $0.00 |
| 6/30/2014 | 1-01 Consolidation | CAPITALIZED INTEREST | $57.61 | ($57.61) | $0.00 | $0.00 |
| 6/30/2014 | 1-02 Consolidation | CAPITALIZED INTEREST | $32.56 | ($32.56) | $0.00 | $0.00 |
| 5/17/2014 | 1-01 Consolidation | CAPITALIZED INTEREST | $61.21 | ($61.21) | $0.00 | $0.00 |
| 5/17/2014 | 1-02 Consolidation | CAPITALIZED INTEREST | $34.60 | ($34.60) | $0.00 | $0.00 |
| 3/31/2014 | 1-01 Consolidation | CAPITALIZED INTEREST | $116.04 | ($116.04) | $0.00 | $0.00 |
| 3/31/2014 | 1-02 Consolidation | CAPITALIZED INTEREST | $65.58 | ($65.58) | $0.00 | $0.00 |
| 12/31/2013 | 1-01 Consolidation | CAPITALIZED INTEREST | $176.44 | ($176.44) | $0.00 | $0.00 |
| 12/31/2013 | 1-02 Consolidation | CAPITALIZED INTEREST | $54.90 | ($54.90) | $0.00 | $0.00 |
| 10/16/2013 | 1-02 Consolidation | CAPITALIZED INTEREST | $44.48 | ($44.48) | $0.00 | $0.00 |
| 8/16/2013 | 1-02 Consolidation | CAPITALIZED INTEREST | $111.36 | ($111.36) | $0.00 | $0.00 |
| 3/10/2013 | 1-02 Consolidation | CAPITALIZED INTEREST | $125.01 | ($125.01) | $0.00 | $0.00 |
| 9/10/2012 | 1-02 Consolidation | CAPITALIZED INTEREST | $117.19 | ($117.19) | $0.00 | $0.00 |
| 3/21/2012 | 1-02 Consolidation | CAPITALIZED INTEREST | $123.42 | ($123.42) | $0.00 | $0.00 |
| 9/17/2011 | 1-02 Consolidation | CAPITALIZED INTEREST | $116.42 | ($116.42) | $0.00 | $0.00 |
| 3/22/2011 | 1-02 Consolidation | CAPITALIZED INTEREST | $100.32 | ($100.32) | $0.00 | $0.00 |
| 10/16/2010 | 1-02 Consolidation | CAPITALIZED INTEREST | $224.03 | ($224.03) | $0.00 | $0.00 |
| 10/16/2009 | 1-02 Consolidation | CAPITALIZED INTEREST | $215.11 | ($215.11) | $0.00 | $0.00 |
| 10/16/2008 | 1-02 Consolidation | CAPITALIZED INTEREST | $226.13 | ($226.13) | $0.00 | $0.00 |
| 10/31/2007 | 1-01 Consolidation | LATE FEE | $0.00 | $0.00 | $5.14 | $5.14 |
| 10/31/2007 | 1-02 Consolidation | LATE FEE | $0.00 | $0.00 | $2.28 | $2.28 |
| 9/11/2007 | 1-01 Consolidation | CAPITALIZED INTEREST | $136.68 | ($136.68) | $0.00 | $0.00 |
| 9/11/2007 | 1-02 Consolidation | CAPITALIZED INTEREST | $60.72 | ($60.72) | $0.00 | $0.00 |
| 5/25/2007 | 1-01 Consolidation | CAPITALIZED INTEREST | $68.55 | ($68.55) | $0.00 | $0.00 |
| 5/25/2007 | 1-02 Consolidation | CAPITALIZED INTEREST | $30.44 | ($30.44) | $0.00 | $0.00 |
| 3/31/2007 | 1-01 Consolidation | CAPITALIZED INTEREST | $111.03 | ($111.03) | $0.00 | $0.00 |
| 3/31/2007 | 1-02 Consolidation | CAPITALIZED INTEREST | $49.33 | ($49.33) | $0.00 | $0.00 |
| 12/31/2006 | 1-01 Consolidation | CAPITALIZED INTEREST | $112.33 | ($112.33) | $0.00 | $0.00 |
| 12/31/2006 | 1-02 Consolidation | CAPITALIZED INTEREST | $49.89 | ($49.89) | $0.00 | $0.00 |
| 9/30/2006 | 1-01 Consolidation | CAPITALIZED INTEREST | $85.13 | ($85.13) | $0.00 | $0.00 |
| 9/30/2006 | | | | | | |

| Date | Loan | Type | | | | |
|---|---|---|---|---|---|---|
| | 1-02 Consolidation | CAPITALIZED INTEREST | $37.82 | ($37.82) | $0.00 | $0.00 |
| 7/21/2006 | 1-01 Consolidation | CAPITALIZED INTEREST | $25.38 | ($25.38) | $0.00 | $0.00 |
| 7/21/2006 | 1-02 Consolidation | CAPITALIZED INTEREST | $11.28 | ($11.28) | $0.00 | $0.00 |
| 6/30/2006 | 1-01 Consolidation | CAPITALIZED INTEREST | $108.86 | ($108.86) | $0.00 | $0.00 |
| 6/30/2006 | 1-02 Consolidation | CAPITALIZED INTEREST | $48.35 | ($48.35) | $0.00 | $0.00 |
| 3/31/2006 | 1-01 Consolidation | CAPITALIZED INTEREST | $106.58 | ($106.58) | $0.00 | $0.00 |
| 3/31/2006 | 1-02 Consolidation | CAPITALIZED INTEREST | $47.35 | ($47.35) | $0.00 | $0.00 |
| 12/31/2005 | 1-01 Consolidation | CAPITALIZED INTEREST | $107.82 | ($107.82) | $0.00 | $0.00 |
| 12/31/2005 | 1-02 Consolidation | CAPITALIZED INTEREST | $47.90 | ($47.90) | $0.00 | $0.00 |
| 9/30/2005 | 1-01 Consolidation | CAPITALIZED INTEREST | $82.55 | ($82.55) | $0.00 | $0.00 |
| 9/30/2005 | 1-02 Consolidation | CAPITALIZED INTEREST | $36.67 | ($36.67) | $0.00 | $0.00 |
| 7/21/2005 | 1-01 Consolidation | CAPITALIZED INTEREST | $24.36 | ($24.36) | $0.00 | $0.00 |
| 7/21/2005 | 1-02 Consolidation | CAPITALIZED INTEREST | $10.83 | ($10.83) | $0.00 | $0.00 |
| 6/30/2005 | 1-01 Consolidation | CAPITALIZED INTEREST | $104.48 | ($104.48) | $0.00 | $0.00 |
| 6/30/2005 | 1-02 Consolidation | CAPITALIZED INTEREST | $46.41 | ($46.41) | $0.00 | $0.00 |
| 3/31/2005 | 1-01 Consolidation | CAPITALIZED INTEREST | $102.30 | ($102.30) | $0.00 | $0.00 |
| 3/31/2005 | 1-02 Consolidation | CAPITALIZED INTEREST | $45.44 | ($45.44) | $0.00 | $0.00 |
| 12/31/2004 | 1-01 Consolidation | CAPITALIZED INTEREST | $103.49 | ($103.49) | $0.00 | $0.00 |
| 12/31/2004 | 1-02 Consolidation | CAPITALIZED INTEREST | $45.97 | ($45.97) | $0.00 | $0.00 |
| 9/30/2004 | 1-01 Consolidation | CAPITALIZED INTEREST | $79.17 | ($79.17) | $0.00 | $0.00 |
| 9/30/2004 | 1-02 Consolidation | CAPITALIZED INTEREST | $35.18 | ($35.18) | $0.00 | $0.00 |
| 7/21/2004 | 1-01 Consolidation | CAPITALIZED INTEREST | $23.38 | ($23.38) | $0.00 | $0.00 |
| 7/21/2004 | 1-02 Consolidation | CAPITALIZED INTEREST | $10.38 | ($10.38) | $0.00 | $0.00 |
| 6/30/2004 | 1-01 Consolidation | CAPITALIZED INTEREST | $100.28 | ($100.28) | $0.00 | $0.00 |
| 6/30/2004 | 1-02 Consolidation | CAPITALIZED INTEREST | $44.56 | ($44.56) | $0.00 | $0.00 |
| 3/31/2004 | 1-01 Consolidation | CAPITALIZED INTEREST | $99.26 | ($99.26) | $0.00 | $0.00 |
| 3/31/2004 | 1-02 Consolidation | CAPITALIZED INTEREST | $44.09 | ($44.09) | $0.00 | $0.00 |
| 12/31/2003 | 1-01 Consolidation | CAPITALIZED INTEREST | $99.33 | ($99.33) | $0.00 | $0.00 |
| 12/31/2003 | 1-02 Consolidation | CAPITALIZED INTEREST | $44.13 | ($44.13) | $0.00 | $0.00 |
| 9/30/2003 | 1-01 Consolidation | CAPITALIZED INTEREST | $76.99 | ($76.99) | $0.00 | $0.00 |
| 9/30/2003 | 1-02 Consolidation | CAPITALIZED INTEREST | $34.21 | ($34.21) | $0.00 | $0.00 |
| 7/20/2003 | 1-01 Consolidation | PAYMENT | ($41.70) | ($30.31) | $0.00 | ($72.01) |
| 7/20/2003 | 1-02 Consolidation | PAYMENT | ($18.52) | ($13.47) | $0.00 | ($31.99) |
| 6/20/2003 | 1-01 Consolidation | PAYMENT | ($38.53) | ($33.48) | $0.00 | ($72.01) |
| 6/20/2003 | 1-02 Consolidation | PAYMENT | ($17.12) | ($14.87) | $0.00 | ($31.99) |
| 5/18/2003 | 1-01 Consolidation | PAYMENT | ($41.44) | ($30.57) | $0.00 | ($72.01) |
| 5/18/2003 | 1-02 Consolidation | PAYMENT | ($18.42) | ($13.57) | $0.00 | ($31.99) |
| 4/18/2003 | 1-01 Consolidation | PAYMENT | ($40.30) | ($31.71) | $0.00 | ($72.01) |
| 4/18/2003 | 1-02 Consolidation | PAYMENT | ($17.90) | ($14.09) | $0.00 | ($31.99) |
| 3/18/2003 | 1-01 Consolidation | PAYMENT | ($8.39) | ($63.62) | $0.00 | ($72.01) |
| 3/18/2003 | 1-02 Consolidation | PAYMENT | ($3.73) | ($28.26) | $0.00 | ($31.99) |
| 1/17/2003 | 1-01 Consolidation | DISBURSEMENT | $9,652.63 | $0.00 | $0.00 | $9,652.63 |
| 1/17/2003 | 1-02 Consolidation | DISBURSEMENT | $4,287.96 | $0.00 | $0.00 | $4,287.96 |
| 1/17/2003 | 1-02 Stafford - Subsidized | PAYMENT | ($2,541.40) | ($8.19) | $0.00 | ($2,549.59) |
| 1/17/2003 | 1-04 Stafford - Subsidized | PAYMENT | ($847.18) | ($2.73) | $0.00 | ($849.91) |
| 1/17/2003 | 1-07 Stafford - Subsidized | PAYMENT | ($774.57) | ($2.50) | $0.00 | ($777.07) |
| 1/17/2003 | 1-05 Stafford - Subsidized | PAYMENT | ($2,917.06) | ($9.41) | $0.00 | ($2,926.47) |
| 1/17/2003 | 1-01 Stafford - Subsidized | PAYMENT | ($2,541.40) | ($8.19) | $0.00 | ($2,549.59) |
| 1/17/2003 | 1-03 Stafford - Unsubsidized | PAYMENT | ($4,274.18) | ($13.78) | $0.00 | ($4,287.96) |
| 12/19/2002 | 1-01 Stafford - Subsidized | PAYMENT | ($16.77) | ($8.82) | $0.00 | ($25.59) |
| 12/19/2002 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1-02 Stafford - Subsidized | PAYMENT | ($16.77) | ($8.82) | $0.00 | ($25.59) |
| 12/19/2002 | 1-03 Stafford - Unsubsidized | PAYMENT | ($29.55) | ($14.83) | $0.00 | ($44.38) |
| 12/19/2002 | 1-04 Stafford - Subsidized | PAYMENT | ($5.58) | ($2.94) | $0.00 | ($8.52) |
| 12/19/2002 | 1-05 Stafford - Subsidized | PAYMENT | ($19.25) | ($10.12) | $0.00 | ($29.37) |
| 12/19/2002 | 1-07 Stafford - Subsidized | PAYMENT | ($5.10) | ($2.69) | $0.00 | ($7.79) |
| 11/18/2002 | 1-01 Stafford - Subsidized | PAYMENT | ($15.87) | ($9.72) | $0.00 | ($25.59) |
| 11/18/2002 | 1-02 Stafford - Subsidized | PAYMENT | ($15.87) | ($9.72) | $0.00 | ($25.59) |
| 11/18/2002 | 1-03 Stafford - Unsubsidized | PAYMENT | ($28.00) | ($16.38) | $0.00 | ($44.38) |
| 11/18/2002 | 1-04 Stafford - Subsidized | PAYMENT | ($5.28) | ($3.24) | $0.00 | ($8.52) |
| 11/18/2002 | 1-05 Stafford - Subsidized | PAYMENT | ($18.21) | ($11.16) | $0.00 | ($29.37) |
| 11/18/2002 | 1-07 Stafford - Subsidized | PAYMENT | ($4.83) | ($2.96) | $0.00 | ($7.79) |
| 10/15/2002 | 1-01 Stafford - Subsidized | PAYMENT | ($17.24) | ($8.35) | $0.00 | ($25.59) |
| 10/15/2002 | 1-02 Stafford - Subsidized | PAYMENT | ($17.24) | ($8.35) | $0.00 | ($25.59) |
| 10/15/2002 | 1-03 Stafford - Unsubsidized | PAYMENT | ($30.32) | ($14.06) | $0.00 | ($44.38) |
| 10/15/2002 | 1-04 Stafford - Subsidized | PAYMENT | ($5.74) | ($2.78) | $0.00 | ($8.52) |
| 10/15/2002 | 1-05 Stafford - Subsidized | PAYMENT | ($19.78) | ($9.59) | $0.00 | ($29.37) |
| 10/15/2002 | 1-07 Stafford - Subsidized | PAYMENT | ($5.24) | ($2.55) | $0.00 | ($7.79) |
| 9/16/2002 | 1-01 Stafford - Subsidized | PAYMENT | ($17.47) | ($8.12) | $0.00 | ($25.59) |
| 9/16/2002 | 1-02 Stafford - Subsidized | PAYMENT | ($17.47) | ($8.12) | $0.00 | ($25.59) |
| 9/16/2002 | 1-03 Stafford - Unsubsidized | PAYMENT | ($30.71) | ($13.67) | $0.00 | ($44.38) |
| 9/16/2002 | 1-04 Stafford - Subsidized | PAYMENT | ($5.81) | ($2.71) | $0.00 | ($8.52) |
| 9/16/2002 | 1-05 Stafford - Subsidized | PAYMENT | ($20.05) | ($9.32) | $0.00 | ($29.37) |
| 9/16/2002 | 1-07 Stafford - Subsidized | PAYMENT | ($5.31) | ($2.48) | $0.00 | ($7.79) |
| 8/19/2002 | 1-01 Stafford - Subsidized | PAYMENT | ($16.25) | ($9.34) | $0.00 | ($25.59) |
| 8/19/2002 | 1-02 Stafford - Subsidized | PAYMENT | ($16.25) | ($9.34) | $0.00 | ($25.59) |
| 8/19/2002 | 1-03 Stafford - Unsubsidized | PAYMENT | ($28.65) | ($15.73) | $0.00 | ($44.38) |
| 8/19/2002 | 1-04 Stafford - Subsidized | PAYMENT | ($5.41) | ($3.11) | $0.00 | ($8.52) |
| 8/19/2002 | 1-05 Stafford - Subsidized | PAYMENT | ($18.65) | ($10.72) | $0.00 | ($29.37) |
| 8/19/2002 | 1-07 Stafford - Subsidized | PAYMENT | ($4.95) | ($2.84) | $0.00 | ($7.79) |
| 7/18/2002 | 1-03 Stafford - Unsubsidized | CAPITALIZED INTEREST | $421.41 | ($421.41) | $0.00 | $0.00 |
| 5/4/2002 | 1-03 Stafford - Unsubsidized | CAPITALIZED INTEREST | $380.73 | ($380.73) | $0.00 | $0.00 |
| 5/4/2002 | 1-03 Stafford - Unsubsidized | CAPITALIZED INTEREST | ($380.73) | $380.73 | $0.00 | $0.00 |

# EXHIBIT "A"